0    6733

WITHDRAWN
AND NOT
REISSUED